■ Liberty Mutual Insurance Company, Respondent, v Unigard Insurance Company, Appellant, et al., Defendants. —Judgment unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Cook, J. (Appeal from judgment of Supreme Court, Erie County, Cook, J.—declaratory judgment.) Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ.